ACCEPTED
14-14-00345-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/22/2015 2:36:41 PM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00345-CV

IN THE COURT OF APPEALS FOR THE
FOURTEENTH DISTRICT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/22/2015 2:36:41 PM
CHRISTOPHER A. PRINE
Clerk

ALBERT LUJAN D/B/A TEXAS WHOLESALE FLOWER CO.,

*Appellant*,

v.

NAVISTAR INC., ET AL.,

*Appellees*.

ON APPEAL FROM THE 129TH JUDICIAL DISTRICT
COURT OF HARRIS COUNTY, TEXAS

**UNOPPOSED MOTION OF APPELLEES TO EXTEND TIME
TO FILE THEIR BRIEF PURSUANT TO RULE 10.5(b)**

*To the Honorable Court of Appeals*:

Defendants and Appellees Navistar Inc., *et al.* ("Defendants") file this unopposed motion to extend the time to file their brief on the merits, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure.

1.

Plaintiff Albert Lujan d/b/a Texas Wholesale Flower Co. ("Plaintiff") brought this action against Defendants to recover damages allegedly sustained in a business transaction for the sale and purchase of trucks. The trial court granted Defendants' motion for summary judgment, and Plaintiff took an appeal from that judgment.

2.

Plaintiff filed his brief on March 27, 2015.

3.

The current deadline for Defendants to file their brief is April 27, 2015.

4.

This motion is the first request by Defendants for an extension of time to file their brief.

5.

Defendants request an extension of time of thirty (30) days to file their brief to May 27, 2015.

6.

This case is not set for submission at this time.

7.

Lead counsel for Defendants has been involved in the following matters that required his attention:

- Preparation of brief in an accelerated appeal in Cause No. 13-15-00046-CV; *Jesus Jaime Andrade, et al. v. Doctors Hospital at Renaissance, Ltd., et al.*; in the Thirteenth Court of Appeals of Texas.

- Preparation for and attendance at a significant mediation out of town in Cause No. 15-02-16797-CV; *Judith Salinas, Individually and as Next Friend of Marte Salinas, and as Representative of the Estate of Francisco Salinas, Franco Salinas, and Carolina Salinas v. Texas CES, Inc. d/b/a Mercer Well Service and Rolando Pena;* In the 79th Judicial District Court of Brooks County, Texas.

- Preparation of a reply brief in Cause No. 08-14-00165-CV; *Alcantar Enterprises, LLC d/b/a Alcantar Apartments v. Carlos Gallegos et al.*; In the Court of Appeals for the Eighth District of Texas.

8.

There is no opposition to this motion.

9.

This motion is not made for delay, but so that justice may be done.

10.

Defendants respectfully request that the Court grant them an extension of time to file their brief until May 27, 2015.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this motion to extend time to file their brief be granted.

3

Respectfully submitted,

SHEEHY, WARE & PAPPAS, P.C.

By:_____

Richard A. Sheehy
State Bar No. 18178600
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
(713) 951-1000 – Telephone
(713) 951-1199 – Facsimile
Email: rsheehy@sheehyware.com

*Attorneys for Defendants and Appellees*

## Certificate of Conference

There is no opposition to this motion.

_____

Richard A. Sheehy

4

## Certificate of Service

This will certify that a true and correct copy of this document has been forwarded to all counsel of record pursuant to the Texas Rules of Appellate Procedure on the 22nd day of April 2015.

Wesley S. Coddou
Coddou & Coddou, PC
50 Briar Hollow Lane, Suite 575 East
Houston, Texas 77027-9341


_____
Richard A. Sheehy

2313372

5